UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Joshua Lawrence Johnson,

          Plaintiff,

vs.                             ORDER ADOPTING THE REPORT
                                              AND RECOMMENDATION

Minnesota Sex Offender Program,
MSOP), Treatment Facility,

          Defendant.                 Civ. No. 12-1875 (DSD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Findings and Recommendation of the United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED.**

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915A(b).

3. Plaintiff is required to pay the unpaid balance of the Court filing fee, namely the full $350, in accordance with 28 U.S.C. §1915(b)(2).

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: September 5, 2012

                                                                s/David S. Doty
                                                                 David S. Doty, Judge
                                                                 United States District Court